IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCISCO VALLADARES,<br><br>        Petitioner,<br><br>   vs.<br><br>FRANCISCO JACQUEZ,<br><br>        Respondent.<br>_____/ | 1:09-cv-00072 AWI-SMS (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #12)<br><br>THIRTY DAY DEADLINE |

     On April 8, 2009, Respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Respondent is granted thirty days from the date of service of this order in which to file an answer to the petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   April 13, 2009**                **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE