# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCISCO VALLADARES,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO JACQUEZ, Warden<br><br>　　　　　　　Respondent. | 1:09-cv-00072-AWI-SMS (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND DIRECTING THE CLERK OF COURT TO SERVE COPY OF ORDER ON NINTH CIRCUIT COURT OF APPEALS<br><br>[Doc. 32] |

　　On June 29, 2010, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent. In that same order, the Court declined to issue a Certificate of Appealability.

　　After receiving an extension of time, Petitioner filed a notice of appeal on August 30, 2010, along with a motion to proceed in forma pauperis.

　　A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

　　Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, Petitioner's motion for to proceed in forma pauperis shall be is GRANTED.

///

Accordingly, the Court ORDERS that:

1. Petitioner's motion to proceed in forma pauperis on appeal is GRANTED; and
2. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:  September 1, 2010**                     /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE